[No. 39549-5-II.   Division Two.   July 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DEMARCO VENTURA McGOWN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-04547-3, James R. Orlando, J., entered July 10, 2009. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Penoyar, C.J., and Johanson, J.

[No. 40018-9-II.   Division Two.   July 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JERALD A. HAYTER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 09-1-00124-6, David L. Edwards, J., entered November 16, 2009. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Penoyar, C.J., and Johanson, J.

[No. 40041-3-II.   Division Two.   July 19, 2011.]

LEESA MARIE LYNCH, *Respondent*, v. THE DEPARTMENT OF LICENSING, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-2-12515-1, Frank E. Cuthbertson, J., entered October 30, 2009. *Reversed* by unpublished opinion per Van Deren, J., concurred in by Penoyar, C.J., and Johanson, J. Now published at 163 Wn. App. 697.

[No. 40219-0-II.   Division Two.   July 19, 2011.]

JAMES BRETT CULPEPPER, *Appellant*, v. FIRST AMERICAN TITLE INSURANCE COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-2-00476-4, Wm. Thomas McPhee, J., entered December 18, 2009. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Johanson, JJ.